179 So.2d 274

**Wilkie L. BRUMFIELD**

v.

**Helen Gottschalk BRUMFIELD.**

No. 47963.

Nov. 8, 1965.

In re: Mrs. Helen G. Brumfield Suto applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 178 So.2d 379.

Writ refused. On the facts found by the Court of Appeal, there appears no error of law in its judgment.

179 So.2d 275

**Virginia MARCELLO et al.**

v.

**Charles MARCELLO et al.**

No. 47961.

Nov. 8, 1965.

In re: Virginia Marcello Benedetto et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 178 So.2d 416

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.